COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Cause number:  01-16-00754-CV

Style:           *In the Interest of G.G.*

Type of motion:     Motion for rehearing filed November 15, 2017

Party filing motion:    Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:     /s/ Jane Bland_____
                       Acting for the Court

Panel consists of Justices Jennings, Bland, and Brown.

Date:  February 8, 2018_____